LAW OFFICES OF
DANIEL A. MCGUINNESS, P.C.
353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

MEMO ENDORSED

August 21, 2026

**VIA ECF**

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: *United States v. Christine Lu*, 26-cr-329 (NSR)**

Dear Judge Román,

On August 12, 2026, I was appointed by Magistrate Judge Judith C. McCarthy to represent Christine Lu as CJA counsel in the above-captioned matter. On August 13, 2026, Ms. Lina Li entered a notice of appearance in this matter as retained counsel. I am in communication with Ms. Li and have provided all information necessary for a smooth transition of representation. As such, I respectfully request that the Court permit me to withdraw as counsel of record and terminate my representation of Ms. Lu.

I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

Cc: All counsel (via ECF)

**In light of Defendant Christine Lu retaining Lina Li as counsel, CJA-appointed counsel Daniel McGuinness is hereby terminated as counsel of record for Defendant Christine Lu. The Clerk of Court is directed to terminate the motion at ECF No. 67.**

**Dated: August 21, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE